✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-547-RLH (GWF) |
| JOHN SKOOG, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 23, 2011, defendant JOHN SKOOG pled guilty to Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Count One with Conspiracy to Launder Monetary Instruments, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h), and in Count Two with Conspiracy to Distribute Oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Docket #__.

This Court finds defendant JOHN SKOOG agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Superseding Criminal Information and in the Plea Memorandum. #__.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Information and in the Plea Memorandum and the offenses to which defendant JOHN SKOOG pled guilty.

. . .

1  The following assets are subject to forfeiture pursuant to Title 18, United States Code,
2  Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States
3  Code, Section 982(a)(1); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United
4  States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1):

a) Kimber Pro Carry II, .45 caliber semi-automatic pistol, serial number KR104366;

b) Ballistic vest - blue in color, no serial number; and

c) any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOHN SKOOG in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Nevada State Bar No. 1925
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 22 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE