# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON WALKER,

    Respondents.

Case No. 2:10-cr-547-RLH-GWF-14

**ORDER**

On February 22, 2012, Defendant **SHANNON WALKER** appeared before this Court for imposition of sentence. Ms. Walker was sentenced to Time Served followed by a three-year term of supervised release. As a condition of release, Ms. Walker was ordered to reside in the halfway house for a period of three (3) months.

**ACCORDINGLY, IT IS HEREBY ORDERED SHANNON WALKER shall report to the halfway house as directed by Probation.** IT IS FURTHER ORDERED Defendant shall abide by all conditions imposed by the halfway house and all other conditions of her supervised release.

DATED: February 22, 2012

_____
ROGER L. HUNT
United States District Judge