THOMAS F. PITARO, ESQ.
Nevada Bar No. 001332
330 South Third Street
Suite #860
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**NICHOLAS GHAFOURIA**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLAS GHAFOURIA,

Defendant.

Case No. CR-S-10-00547-RLH-(RJJ)

<u>ORDER</u>

**IT IS HEREBY ORDERED** that the Probation Department will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Nicholas Ghafouria within 45 days.

**DATED** this the 29th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE