# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.   2:10-CR-547-RLH-(GWF)

NICHOLAS GHAFOURIA,

Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 1, 2012, defendant NICHOLAS GHAFOURIA pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging him in Count One with Conspiracy to Launder Monetary Instruments in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and (h); and in Count Two with Conspiracy to Distribute Oxycodone in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Superseding Criminal Information, ECF No. 666; Plea Memorandum, ECF No. 671; Minutes of Change of Plea Proceedings, ECF No. 673.

This Court finds defendant NICHOLAS GHAFOURIA agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Superseding Criminal Information and the Plea Agreement. Superseding Criminal Information, ECF No. 666; Plea Memorandum, ECF No. 671; Minutes of Change of Plea Proceedings, ECF No. 673.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the

Superseding Criminal Information and the Plea Agreement and the offense to which defendant NICHOLAS GHAFOURIA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Seciton 2461(c); Title 21, United States Code, Section 853(p); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c):

1. 1 Rolex Watch;
2. 1 Hublot Geneve Watch;
3. 1 Breitling Watch;
4. 1 Jacob and Company Watch w/appraisal from gemological lab services stating watch valued at $41,000.00;
5. 1 Rolex Watch (2 total rolex);
6. 1 Baume and Mercier Geneve Watch;
7. 1 Herstal Belgium FS2000 assault rifle, black in color, 5.56 caliber, S/N: 038244, stored in black gun bag w/attached fore grip/bi-pod and attached light;
8. 1 DPMS Panther Arms w/attached scope, black in color long gun, caliber 308, model LR-308, S/N: 5381, stored in black gun bag;
9. 2 clips, one with 223 ammo, 1 with 308 ammo, in black gun bag;
10. 1 IZHMASH Long Gun w/attached grip, scope, and light, S/N: H09403606;
11. 1 Herstal Belgium SCAR 165 Assualt Rifle w/attached scope, grip, and light, tan in color, S/N: LC410159;
12. 1 Smith & Wesson P22, .22LR caliber, S/N: L347151;
13. 1 FNP 45, 45 caliber, S/N: 61DMP11804;
14. 1 Norinco model 213, 0 mm caliber, S/N: 725954;
15. 1 FNH, FNP-357, .357 caliber, S/N: 61EMR10379;
16. 1 masterpiece arms 9mm w/attached barrel extension and light, S/N: F10017;
17. 1 Masterpiece Arms 45 ACP w/attached barrel extension, light and scope, S/N: A9358;
18. 1 Long Gun, Barrel 7.62 mm, S/N: 2743;
19. 1 K Sports Gun Case;
20. 1 Shotgun Drum Barrel w/19 Rounds, no SN;
21. 1 Alliance Armament w/27 Winchester 12 gauge shot gun shells;
22. 1 Alliance Armament magazine, w/34 .22 caliber rounds;
23. 1 magazine 40 S&W, .357 sig, w/14 rounds;
24. 1 8.5" Mag 40 Cal S&W w/30 rounds;
25. 1 Mag .223, w/24 rounds;
26. 1 15.5" mag, 9mm w/50 rounds;
27. 1 10" mag, 45 cal, w/17 rounds;
28. 1 black magazine w/8 rounds 9mm, S/N: 5954;
29. 1 Mag- Saiga 12, 11 rounds double 00 buck;
30. 1 mag, 45 acp, 13 rounds;
31. 1 Lellier & Bellot Buck Shot Box w/17 rounds;

| | |
|---|---|
| 32. | Mossberg Shotgun, S/N: T517595; |
| 33. | AK47 w/attached light and grip, S/N: DR- 5109-09; |
| 34. | FNH, cal 5.7 x 28, S/N: 386143079, w/barrel extension and various magazines; |
| 35. | Glock magazine w/9 40 caliber rounds; |
| 36. | magazine w/18 5.7 rounds; |
| 37. | 1 762 round, 1 - 223 round, 1 - 5.7 round; |
| 38. | 1 four magazine holster w/three loaded magazines 60 5.7 x 28 rounds; |
| 39. | 1 magazine w/26 rounds; |
| 40. | 2 empty magazines; |
| 41. | 380 auto rounds; |
| 42. | 25 auto rounds; |
| 43. | 1 308 winchester soft grain point; |
| 44. | .22 long rifle rounds; |
| 45. | 2 - ammo containers containing shotgun shells; |
| 46. | 2 ammo cases containing 7.62 x 39mm rounds; |
| 47. | 1 ammo case containing 5.56 rounds; |
| 48. | 1 ammo case containing 9 mm rounds; |
| 49. | 1 ammo case containing 5.7 x 28 mm rounds; |
| 50. | 1 ammo case containing 45 caliber rounds; |
| 51. | 1 ammo case containing 40 cal rounds; |
| 52. | 1 Shotgun, SPAS 12, S/N: AA14591; |
| 53. | 1 Winchester Rifle w/case, 30-30 caliber, S/N: 6562223; |
| 54. | 1 Desert Eagle Semi Automatic 44 caliber, S/N: 22692; |
| 55. | 1 Revolver, Colt 45, 45 caliber, S/N: p21462; |
| 56. | 1 Smith & Wesson, semi-auto, model # 5906, S/N: TCT7120; |
| 57. | 14 rounds 9 mm ammo and 1 magazine ( associated with Smith & Wesson TCT7120); |
| 58. | 9 rounds 44 caliber ammo w/magazine (associated with Desert Eagle 22692); |
| 59. | 1 black gun box; |
| 60. | 1 Browning 22 caliber, S/N: 16025T37; |
| 61. | 1 35 caliber rifle w/attached scope, Marlin Firearms, S/N: J15202; |
| 62. | 1 revolver with black handle, S/N: 16120; |
| 63. | 1 Smith & Wesson 38 special (silver) w/wood handle, S/N: 92X87; and |
| 64. | An *in personam* criminal forfeiture money judgment of $1,221,186.00 in United States Currency. |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NICHOLAS GHAFOURIA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 9th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 4, 2012 by the below identified method of service:

CM/ECF:

Thomas F. Pitaro
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
thomaspitaro@yahoo.com
Counsel for Nicholas Ghafouria

Shari L. Kaufman
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Shari_Kaufman@fd.org
Counsel for Scott Thompson

Angel H. Dows
Reade & Associates
1333 North Buffalo Drive Suite 210
Las Vegas, NV 89128
adows@readelawfirm.com
Counsel for Kimberly Crawford

Terrence M. Jackson
Law Office of Terrence M. Jackson
624 South Ninth Street
Las Vegas, NV 89101
Terry.Jackson.Esq@gmail.com
Counsel for Ki Yon Parker

Osvaldo E. Fumo
Osvaldo E Fumo, Chtd.
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
Counsel for Demtha L. Brown Jackson

Paula M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway Ninth Floor
Las Vegas, NV 89169
USDCNOTICES@gordonsilver.com
Counsel for Jacob Mclaughlin

/s/Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal