CHRISTIANSEN LAW OFFICES
9910 West Cheyenne Avenue, Suite 110
Las Vegas, Nevada 89129
702-240-7979 • Fax 702-658-3848

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE DUPUIS,<br><br>Defendant. | Case No.: 2:10-cr-547-RLH-RJJ<br><br>**ORDER DIRECTING U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING** |

Having reviewed the defendant's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation to Hearing, and good cause appearing therefore:

IT IS HEREBY ORDERED that the United States Marshal shall arrange for non-custodial one-way transportation for defendant, FRANKIE DUPUIS, to travel from Kenai, Alaska to Las Vegas, Nevada on or before Monday, November 5, 2012 at the hour of 9:00 a.m. for the purposes of appearing before Honorable United States District Judge Hunt for a Change of Plea Hearing.

This order is limited to payment of one-way transportation to the above-referenced court appearance only.

DATED this 30th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE