FILED
JAN 3 2013
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS GHAFOURIA,<br><br>　　　　　Defendant. | 2:10-CR-547-RLH-(GWF) |

### FINAL ORDER OF FORFEITURE

On October 9, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(a)(1), (a)(2), and (p); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c) and based upon the plea of guilty by defendant NICHOLAS GHAFOURIA to criminal offenses, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant NICHOLAS GHAFOURIA pled guilty. Superseding Criminal Information, ECF No. 666; Plea Memorandum, ECF No. 671; Minutes of Change of Plea Proceedings, ECF No. 673; Preliminary Order of Forfeiture, ECF No. 677.

. . .

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 25, 2012, through December 24, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 756.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and shall be disposed of according to law:

1. 1 Rolex Watch;
2. 1 Hublot Geneve Watch;
3. 1 Breitling Watch;
4. 1 Jacob and Company Watch w/appraisal from gemological lab services stating watch valued at $41,000.00;
5. 1 Rolex Watch (2 total rolex);
6. 1 Baume and Mercier Geneve Watch;
7. 1 Herstal Belgium FS2000 assault rifle, black in color, 5.56 caliber, S/N: 038244, stored in black gun bag w/attached fore grip/bi-pod and attached light;

8. 1 DPMS Panther Arms w/attached scope, black in color long gun, caliber 308, model LR-308, S/N: 5381, stored in black gun bag;

9. 2 clips, one with 223 ammo, 1 with 308 ammo, in black gun bag;

10. 1 IZHMASH Long Gun w/attached grip, scope, and light, S/N: H09403606;

11. 1 Herstal Belgium SCAR 165 Assualt Rifle w/attached scope, grip, and light, tan in color, S/N: LC410159;

12. 1 Smith & Wesson P22, .22LR caliber, S/N: L347151;

13. 1 FNP 45, 45 caliber, S/N: 61DMP11804;

14. 1 Norinco model 213, 0 mm caliber, S/N: 725954;

15. 1 FNH, FNP-357, .357 caliber, S/N: 61EMR10379;

16. 1 masterpiece arms 9mm w/attached barrel extension and light, S/N: F10017;

17. 1 Masterpiece Arms 45 ACP w/attached barrel extension, light and scope, S/N: A9358;

18. 1 Long Gun, Barrel 7.62 mm, S/N: 2743;

19. 1 K Sports Gun Case;

20. 1 Shotgun Drum Barrel w/19 Rounds, no SN;

21. 1 Alliance Armament w/27 Winchester 12 gauge shot gun shells;

22. 1 Alliance Armament magazine, w/34 .22 caliber rounds;

23. 1 magazine 40 S&W, .357 sig, w/14 rounds;

24. 1 8.5" Mag 40 Cal S&W w/30 rounds;

25. 1 Mag .223, w/24 rounds;

26. 1 15.5" mag, 9mm w/50 rounds;

27. 1 10" mag, 45 cal, w/17 rounds;

28. 1 black magazine w/8 rounds 9mm, S/N: 5954;

29. 1 Mag- Saiga 12, 11 rounds double 00 buck;

30. 1 mag, 45 acp, 13 rounds;

31. 1 Lellier & Bellot Buck Shot Box w/17 rounds;

32. Mossberg Shotgun, S/N: T517595;

33. AK47 w/attached light and grip, S/N: DR- 5109-09;
34. FNH, cal 5.7 x 28, S/N: 386143079, w/barrel extension and various magazines;
35. Glock magazine w/9 40 caliber rounds;
36. magazine w/18 5.7 rounds;
37. 1 762 round, 1 - 223 round, 1 - 5.7 round;
38. 1 four magazine holster w/three loaded magazines 60 5.7 x 28 rounds;
39. 1 magazine w/26 rounds;
40. 2 empty magazines;
41. 380 auto rounds;
42. 25 auto rounds;
43. 1 308 winchester soft grain point;
44. .22 long rifle rounds;
45. 2 - ammo containers containing shotgun shells;
46. 2 ammo cases containing 7.62 x 39mm rounds;
47. 1 ammo case containing 5.56 rounds;
48. 1 ammo case containing 9 mm rounds;
49. 1 ammo case containing 5.7 x 28 mm rounds;
50. 1 ammo case containing 45 caliber rounds;
51. 1 ammo case containing 40 cal rounds;
52. 1 Shotgun, SPAS 12, S/N: AA14591;
53. 1 Winchester Rifle w/case, 30-30 caliber, S/N: 6562223;
54. 1 Desert Eagle Semi Automatic 44 caliber, S/N: 22692;
55. 1 Revolver, Colt 45, 45 caliber, S/N: p21462;
56. 1 Smith & Wesson, semi-auto, model # 5906, S/N: TCT7120;
57. 14 rounds 9 mm ammo and 1 magazine ( associated with Smith & Wesson TCT7120);
58. 9 rounds 44 caliber ammo w/magazine (associated with Desert Eagle 22692);

4

59. 1 black gun box;

60. 1 Browning 22 caliber, S/N: 16025T37;

61. 1 35 caliber rifle w/attached scope, Marlin Firearms, S/N: J15202;

62. 1 revolver with black handle, S/N: 16120;

63. 1 Smith & Wesson 38 special (silver) w/wood handle, S/N: 92X87; and

64. An *in personam* criminal forfeiture money judgment of $1,221,186.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _3_ day of _January_, 2013.

_____
UNITED STATES DISTRICT JUDGE