UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA, )
        Plaintiff, )
         )
vs. )    2:10-cr-547-RLH-GWF
         )
NICHOLAS GHARFOURIA, )
        Defendant. )    ORDER
_____)

On January 17, 2013, Thomas F. Pitaro, Esq. filed a "Motion to Withdraw as Counsel" (#768). Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the "Motion to Withdraw as Counsel" (#768) is granted.

IT IS FURTHER ORDERED that William H. Gamage, Esq. is appointed as counsel for Nicholas Gharfouria in place of Thomas F. Pitaro, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Pitaro shall forward the file to Mr. Gamage forthwith.

DATED this \_\_\_\_30th\_\_\_ day of January, 2013.

Nunc Pro Tunc Date: January 29, 2013.

_____
ROGER L. HUNT
United States District Judge