RICHARD E. TANASI, ESQ.
Nevada Bar No. 009699
**EGLET WALL CHRISTIANSEN**
400 South Fourth Street, Suite 600
Las Vegas, Nevada 89101
Ph.: (702) 450-5400
Fx.: (702) 450-5451
eservice@egletwall.com
*Attorneys for Defendant Dupuis*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANKIE DUPUIS,<br><br>Defendants. | CASE NO.: 2:10-cr-547-RLH-RJJ<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW, Richard E. Tanasi, Esq., counsel for Defendant FRANKIE DUPUIS, and hereby moves this Honorable Court for an order removing the undersigned as counsel for Defendant.

This Motion is made and based upon the following Affidavit of counsel and pursuant to Local Rule IA 10-6, the papers and pleadings previously on file, and any oral argument which may be entertained at the time of the hearing on this matter.

DATED this ⁄⁄ day of July, 2013.

                                         **EGLET WALL CHRISTIANSEN**

                                         RICHARD E. TANASI, ESQ.
                                         Nevada Bar No. 009699
                                         *Attorneys for Defendant Dupuis*

**AFFIDAVIT OF RICHARD E. TANASI, ESQ.**

STATE OF NEVADA      )
                     ) SS
COUNTY OF CLARK      )

RICHARD E. TANASI, ESQ., being first sworn upon his oath deposes and says as follows:

1. That Affiant is over the age of eighteen (18), a Citizen of the United States of America and an attorney duly licensed to practice law in the State of Nevada.

2. That on or about December 1, 2010, Affiant was appointed to represent, FRANKIE DUPUIS, in Case No. 2:10-cr-00547-RLH-RJJ.

3. That Defendant entered into a Guilty Plea Agreement and was sentenced on November 5, 2012.

4. That Defendant has elected not to Appeal her sentence.

5. Having completed his representation of Defendant, and based upon the foregoing, Affiant requests this Honorable Court grant his Motion to Withdraw.

6. Further Affiant Sayeth Naught.

Dated this 11 day of July, 2013.

_____
RICHARD E. TANASI, ESQ.

Signed and sworn to before me on
7\11\13 by Richard Tanasi.

_____
Notary Public in and for the
State of Nevada, County of Clark

NOTARY PUBLIC
WHITNEY FOLTZ
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. SEP. 16, 2014
No: 11-3760-1

**IT IS SO ORDERED.**

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

DATED: July 17, 2013

-2-